## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SHAWNA ARROYO,

      Plaintiff,

v.                                  Cause No. 17-cv-199

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

      Defendant.

## NOTICE OF REMOVAL

COMES NOW, Defendant Allstate Insurance Company, by and through its undersigned attorneys, Simone, Roberts & Weiss, P.A., by Stephen M. Simone, for Allstate in the defense of the extra-contractual claims and Stiff Keith & Garcia LLC, by Ann L. Keith, in the defense of the under-insured motorist claim and hereby files its Notice of Removal and in support thereof states the following:

1. Plaintiff commenced this lawsuit against Allstate by filing her Complaint as Shawna Arroyo v. Allstate Fire and Casualty Insurance Company, Third Judicial District Court, County Dona Ana, State of New Mexico, cause No. D-307-CV-2017-00121.

2. Plaintiff's lawsuit is a civil action which alleges, inter alia, that Allstate committed bad faith and violated the Unfair Claims Practices Act, all arising out of an underinsured motorist claim which in and of itself arose out of an automobile accident which occurred on July 8, 2013, in Las Cruces, New Mexico. Plaintiff seeks compensation for her injuries allegedly due to the under-insured motorist, but also seeks punitive damages, interest, attorneys fees and cost arising out of the claim handling by Defendant Allstate.

3. A true and correct copy of all process, pleadings, and orders served upon Allstate

relating to this matter are attached hereto as Exhibit A as provided by 28 U.S.C. § 1446(a).

4.  On or about January 23, 2017,  Plaintiff served Allstate with a copy of the Summons and Complaint, through the Department of Insurance.  A copy of the letter from the Superintendent of Insurance to Allstate is attached as part of Exhibit A. Aside from the material in Exhibit A, Allstate is not aware of any other process, pleadings, or orders served upon Allstate in this action .

5.      Allstate files this Notice of Removal  within thirty (30) days of Allstate's receipt of Plaintiff's  Complaint and it is therefore timely under 28 U.S.C. § 1446(b).

6.      Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the District of New Mexico embracing the place where the state court action is pending.

7.      This is a civil action that falls under this Court's original jurisdiction under 28 U.S.C. §1332 (diversity of citizenship) and may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

8.      At the time the  Complaint was filed on January 11, 2017,  Plaintiff resided and continues to reside in Dona Ana County, State of New Mexico.  Plaintiff, thus, is and continues to be a citizen of the State of New Mexico.

9.      At the time the  Complaint was  filed on January 11, 2017, and served on Defendant Allstate on January 23, 2017, Defendant Allstate was and continues to be a corporation organized and existing under the laws of the State of Illinois.  Allstate's principal place of business was and continues to be Northbrook, State of Illinois.  A corporation is a citizen of the state where it is incorporated and "where it has its principal place of business."  28 U.S.C. § 13 32(c)(1). Allstate, thus, was and continues to be a citizen of the State of Illinois.

10.      Based on the foregoing, there is diversity of citizenship between Plaintiff and

Defendant  pursuant to 28 U.S.C. § 1332(a).

11.     A District Court has original diversity jurisdiction where "the matter in controversy exceeds the sum or value of $ 75,000, exclusive of interest and costs…."  28 U.S.C. § 1332(a).

12.  The Plaintiff's  Complaint  alleges damages, but does not allege a specific amount of damages.  Where a complaint does not contain dispositive allegations of the amount in controversy, a defendant may determine the jurisdictional amount by the allegations in the underlying complaint. *Id.* at 955; *see also Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995).

13.  A calculation of the amount in controversy includes both compensatory and punitive damages.  *Watson v. Blakinship*, 20 F.3d 383, 386 (10th Cir. 1994) (citing *Bell v. Preferred Life Assur. Soc'y*, 320 U.S. 238, 240 (1943)).  This calculation may include a reasonable estimate of attorney's fees, as long as a statute permits recovery of such.  *Miera v. Dairyland Ins. Co.*, 143 F.3d 1337, 1340 (10th Cir. 1998) (citing *Missouri State Life Ins. Co. v. Jones*, 290 U.S. 199, 202 (1933)); *see also* 14AA Charles Alan Wright, Arthur R. Miller & Edward H. Cooper, *Federal Practice and Procedure* § 3712 (3d ed. 2009).

14.  Plaintiff has expressed in her Complaint that she is entitled to compensatory and punitive damages and interest and costs, in addition to  attorney's fees, pursuant to  the Unfair Claims Practices Act and §39-2-1.

15.  Based on the foregoing, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, pursuant to 28 U.S.C. § 1332(a), and, accordingly, meets this Court's jurisdictional requirement.

**CONCLUSION**

16.  This state court action may be removed to this Court by Defendant in accordance

with the provisions of 28 U.S.C. § 1441(a) and (b) because (1) this action is a civil action pending

within the jurisdiction of the United States District Court for the District of New Mexico; (2) this

action is between citizens of different states; and (3) the amount in controversy exceeds $75,000,

exclusive of interest and costs.

17.     Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has

been given to Plaintiff's counsel, and a Notice of Filing for  Removal has been filed with the Third

Judicial District Court, attached hereto as Exhibit B.

WHEREFORE, Defendant Allstate gives notice that this case is removed from the Third

Judicial District Court, County of Dona Ana, State of New Mexico, to the United States District

Court for the District of New Mexico.

Respectfully submitted,
SIMONE, ROBERTS & WEISS, P.A.


/s/ Stephen M. Simone
Stephen M. Simone
1700 Louisiana Blvd., N.E., Suite 240
Albuquerque, NM 87110
Work Phone:  (505) 298-9400
Fax:    (505) 298-7070
Email:      ssimone@srw-law.com

and

/s/ Ann L. Keith via email 02-10-2017
Ann L. Keith
Stiff Keith & Garcia LLC
400 Gold Ave SW Ste 1300
Albuquerque, NM 87102-3274

Work Phone (505) 243-5755
Fax  (505) 243-5855
Email akeith@stifflaw.com


I HEREBY CERTIFY that on the__10th___ day of
_February_____, 2017, a true and correct copy of the
foregoing pleading was filed electronically
through the CM/ECF system, which caused the
following parties or counsel to be served by
electronic means, as more fully reflected on the
Notice of Electronic Filing:

Mark L. Pickett
The Pickett Law Firm LLC
Post Office Box 1239
Las Cruces, NM 88004
mark@picklawllc.com
Phone:            575-526-3338
Facsimile:  575-526-6791

/s/ Stephen M. Simone
Stephen M. Simone