IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAWNA ARROYO,

        Plaintiff,

vs.     CIVIL NO. 17-cv-199 SMV/GJF

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

        Defendant.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court upon Defendant's Motion to Dismiss with Prejudice all claims which have been set forth or which could have been set forth in this action by Plaintiff, and the Court having considered said Order, noting the concurrence of counsel, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the above-captioned matter, against Defendant is hereby dismissed with prejudice.

_____
Stephan M. Vidmar
United States Magistrate Judge

APPROVED:

/s/ _Electronic Approval 5/3/17_____
Mark L. Pickett, Esq.
*The Pickett Law Firm, LLC*

/s/_Ann L. Keith_____
Ann L. Keith, Esq.
*Stiff, Keith & Garcia LLC*

/s/ _Electronic Approval 5/1/2017__
Stephen M. Simone
*Simone, Roberts & Weiss, P.A.*